DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

OIL CO. v. WELBORN

No. 41 PC.

Case below: 20 N.C. App. 681.

Petition by defendant Ruth Welborn for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


POWER CO. v. BOARD OF ADJUSTMENT

No. 35 PC.

Case below: 20 N.C. App. 730.

Petition by Thurston, Crayton and Rutledge for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


RUCKER v. HOSPITAL

No. 40 PC.

Case below: 20 N.C. App. 650.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 April 1974.


SEARCY v. JUSTICE and LEVI v. JUSTICE

No. 26 PC.

Case below: 20 N.C. App. 559.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


SMITH v. KEATOR

No. 60 PC.

Case below: 21 N.C. App. 102.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.